UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:18-cv-80377-DMM

EVANSTON INSURANCE COMPANY,

      Plaintiff,

v.

PATRICK WHYTE CONSTRUCTION, INC.,
a Florida corporation, ALBERT RABIL and
TAMARA RABIL, and SEASIDE BUILDERS,
LLC, a Florida limited liability company,

      Defendants.
_____/

## STIPULATION OF DISMISSAL

**COME NOW**, the parties, Plaintiff EVANSTON INSURANCE COMPANY ("Plaintiff") and Defendant PATRICK WHYTE CONSTRUCTION, INC., ALBERT RABIL and TAMARA RABIL, and SEASIDE BUILDERS, LLC ("Defendants") (collectively "the Parties"), each by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that the above-styled matter by Plaintiff be dismissed with prejudice. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated this 20th day of May, 2019.

| | |
|---|---|
| */s/ Deborah H. Oliver, Esq.*_____<br>REBECCA C. APPELBAUM, ESQ.<br>LEAD ATTORNEY<br>Florida Bar No.: 0179043<br>rebecca.appelbaum@arlaw.com<br>jenny.schroeder@arlaw.com<br><br>DEBORAH H. OLIVER, ESQ.<br>Florida Bar No. 485111<br>deborah.oliver@arlaw.com<br><br>CHELSEA C. HARRISON, ESQ.<br>Florida Bar No. 98536<br>chelsea.harrison@arlaw.com<br><br>ADAMS AND REESE LLP<br>101 E. Kennedy Blvd., Suite 4000<br>Tampa, FL 33602<br>Tel: (813) 402-2880<br>Fax: (813) 227-5627<br><br>*Counsel for Plaintiff Evanston Insurance Company* | */s/_Kelly M. Corcoran, Esq.*_____<br>Kelly M. Corcoran, Esq.<br>BALL JANIK LLP<br>201 E. Pine Street, Ste. 600<br>Orlando, FL 32801<br>(407) 902-2080<br>(407) 902-2105<br>kcorcoran@balljanik.com<br><br>*Counsel for Defendants Patrick Whyte Construction, Inc. and Seaside Builders, LLC*<br><br>*/s/ Molly Chafe Brockmeyer, Esq.*_____<br>Michael W. Leonard, Esq.<br>Molly Chafe Brockmeyer, Esq.<br>BOYLE & LEONARD, P.A.<br>2050 McGregor Boulevard<br>Fort Myers, FL 33901<br>(239) 337-1303<br>(239) 337-7674 - Facsimile<br>EService@Insurance-Counsel.com<br>MLeonard@Insurance-Counsel.com<br>MBrockmeyer@Insurance-Counsel.com<br><br>*Counsel for Rabil Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   */s/ Deborah H. Oliver, Esq.*_____
                                                   DEBORAH H. OLIVER, ESQ.